# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BOB A PUGH,

    Plaintiff,

v.

SUSAN DREYFUS et al.,

    Defendants.

CASE NO. C13-5295 RBL-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. Petitioner's application to proceed *in forma pauperis* is **DENIED**.

3. The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

4. The Clerk is directed to send a copy of this Order to petitioner, and to the Hon. J. Richard Creatura.

DATED this 26th day of June, 2013.

                      RONALD B. LEIGHTON
                      UNITED STATES DISTRICT JUDGE

ORDER - 1