UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOB A PUGH,

        Plaintiff,

  v.

SUSAN DREYFUS et al.

        Defendant.

CASE NO. C13-5295 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Susan Dreyfus is dismissed from this action in her official capacity and Kevin Quigley is added as a defendant in his official capacity.

DATED this 11th day of October, 2013.

                                RONALD B. LEIGHTON
                                UNITED STATES DISTRICT JUDGE

ORDER - 1