1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

BOB A PUGH,

CASE NO. C13-5295 RBL-JRC

11

Plaintiff,

ORDER

12

v.

13

SUSAN DREYFUS et al.

14

Defendant.

15

The Court having reviewed the Report and Recommendation, objections to the Report

16

and Recommendation, if any, and the remaining record, does hereby find and Order:

17

(1)     The Court adopts the Report and Recommendation;

18

(2)     Susan Dreyfus is dismissed from this action in her official capacity and

19

Kevin Quigley is added as a defendant in his official capacity.

20

DATED this 11th day of October, 2013.

21

22

23

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

24

ORDER - 1