UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BOB A PUGH,

          Plaintiff,

   v.

SUSAN DREYFUS et al.

          Defendant.

CASE NO. C13-5295 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is dismissed with prejudice for plaintiff's failure to file an amended complaint when ordered to do so by the Court. *See* Fed. R. Civ. P. 41(b).

DATED this 11th day of April, 2014.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1